UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                                        CRIMINAL NO. 3:15-CR-007-SA-SAA

SANDRA E. LIVINGSTON

## MOTION TO UNSEAL PLEA SUPPLEMENT

Comes now the United States of America, by and through the United States Attorney for the Northern District of Mississippi, and respectfully moves the Court to unseal the Plea Supplement for the following defendant:

**SANDRA E. LIVINGSTON**

As grounds therefore would show unto the Court as follows:

The unsealing of the Plea Supplement is required for the limited purpose of providing a copy to the defendant in accordance with the government's discovery obligations and for use during the trial of USA v. Nathaniel Brown, Case No. 4:16-CR-0074-NBB-JMV which is currently set for October 3, 2016.

For this reason, the government respectfully requests that the aforementioned Plea Supplements be unsealed.

                                                               Respectfully submitted,

                                                               FELICIA C. ADAMS,
                                                               United States Attorney
                                                               MS Bar No. 1049

                                   By:     */s/ Clayton A. Dabbs*
                                                    CLAYTON A. DABBS
                                                    Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I, Clayton A. Dabbs, Assistant United States Attorney for the Northern District of Mississippi, hereby certify that I electronically filed the foregoing **Motion to Unseal Plea Supplement** with the Clerk of the Court using the ECF system which sent notification of such filing to:

Honorable Kenneth Coghlan
Post Office Box 1360
Oxford, Mississippi  38655
Email:kcoghlan@rayburnlaw.com

This the 17th day of August, 2016.

*/s/ Clayton A. Dabbs*
CLAYTON A. DABBS
Assistant United States Attorney
MS Bar No. 101537
900 Jefferson Ave.
Oxford, MS 38655
Telephone: (662) 234-3351
Fax: (662) 234-0657